# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES J. HUNLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> MARK A. BRECEDA, et al., <br><br> Defendants. | Case No. CV 02-9106 GHK (AJW) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, the attached Report and Recommendation of Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de novo</u> determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: ___2/12___, 2010

_____
GEORGE H. KING
United States District Judge