UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMES J. HUNLEY, JR., | ) | |
| Plaintiff, | ) | No. CV 02-9106 GHK (AJW) |
| v. | ) | |
| MARK A. BRECEDA, et al., | ) | J U D G M E N T |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: _____2/12/10_____

_____
GEORGE H. KING
United States District Judge